UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN GLENN HOUTSMA,

    Plaintiff,

v.                                            Case No: 2:18-cv-598-FtM-38CM

UNKNOWN DEFENDANT,

    Defendant.
_____/

## OPINION AND ORDER[1]

Before the Court is John Glenn Houtsma's Motion for issuance of a court order for files (Doc. 1) filed on September 6, 2018. Plaintiff is currently a detainee in the Florida Civil Commitment Center (FCCC) in Arcadia, Florida. Plaintiff appears to be filing a § 1983 claim alleging that he is not safe in the FCCC, and he also moves the Court to order files from several different state court cases.

As currently written, the instant pleading fails to contain the information required in a civil rights complaint. For example, Plaintiff's allegations are virtually unintelligible, and the complaint does not contain the historical information concerning Plaintiff's prior federal cases. *See* 28 U.S.C. § 1915(g). Plaintiff also failed to use the civil rights complaint form required for use by *pro se* litigants to present their cases.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Furthermore, Plaintiff has failed to either pay the required filing fee or submit a motion for leave to proceed *in forma pauperis*. Therefore, this case will be dismissed without prejudice to give Plaintiff an opportunity to properly file a civil rights complaint and to either pay the filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is now

**ORDERED:**

(1) This case is **DISMISSED** without prejudice.

(2) The Clerk of Court shall terminate any pending motions, close the case, and enter judgment accordingly.

(3) The Clerk shall also send Plaintiff a civil rights complaint form, an affidavit of indigency form, and a consent form for his FCCC trust fund account and financial certificate. If Plaintiff chooses to pursue a civil rights action, he may complete and submit these forms. However, Plaintiff should not place the instant case number on the forms as this case will be closed. The Clerk will assign a separate case number in the event Plaintiff elects to pursue another action.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of September, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record
SA: FTMP-2